## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No 10-cv-03010-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

MARK BRATEN,

     Plaintiff,

v.

[NO DEFENDANT NAMED],

     Defendant.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 15 2010

GREGORY C. LANGHAM
                CLERK

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a letter to the court complaining that his constitutional

rights have been violated.  He has failed to file a Prisoner Complaint and he has failed

either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave

to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted document is

deficient as described in this order.  Plaintiff will be directed to cure the following if he

wishes to pursue his claims in this action.  Any papers that Plaintiff files in response to

this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   **xx**    is not submitted
(2)   **__**    is missing affidavit
(3)   **xx**    is missing certified copy of prisoner's trust fund statement for the 6-month
               period immediately preceding this filing
(4)   **__**    is missing certificate showing current balance in prison account
(5)   **__**    is missing required financial information

(6)  __  is missing an original signature by the prisoner
(7)  __  is not on proper form (must use the court's current form)
(8)  __  names in caption do not match names in caption of complaint, petition or habeas application
(9)  __  An original and a copy have not been received by the court. Only an original has been received.
(10) xx  other: motion is necessary only if full filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11) xx  is not submitted
(12) __  is not on proper form (must use the court's current form)
(13) __  is missing an original signature by the prisoner
(14) __  is missing page nos. ___
(15) __  uses et al. instead of listing all parties in caption
(16) __  An original and a copy have not been received by the court. Only an original has been received.
(17) __  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __  names in caption do not match names in text
(19) __  other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

2

DATED December 15, 2010, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  10-cv-03010-BNB

Mark Braten
Prisoner No. 10-16634
Washington County Jail
215 South West Adams - MS33
Hillsboro, OR 97123-3874


    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on December 15, 2010.


                                        GREGORY C. LANGHAM, CLERK


                                  By:_____
                                              Deputy Clerk