IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03010-BNB

MARK BRATEN,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 5 2011

GREGORY C. LANGHAM
                      CLERK

ORDER

Plaintiff, Mark Braten, is confined at the Washington County Jail in Hillsboro, Oregon. Mr. Braten initiated this action by filing *pro se* a letter to the court complaining that his constitutional rights have been violated. On December 15, 2010, the court ordered Mr. Braten to cure certain deficiencies within thirty days if he wishes to pursue his claims in this action. More specifically, the court ordered Mr. Braten to file a Prisoner Complaint and either to pay the $350.00 filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Braten was warned that the instant action would be dismissed if he failed to cure the deficiencies within thirty days.

Rather than cure the deficiencies in this action as directed, Mr. Braten has filed a total of eight letters with the court between December 20, 2010, and January 4, 2011. Mr. Braten repeats essentially the same allegations and claims in each of his letters, and he requests various actions by the court. Some of these requests include asking

the court to copy and forward his letters to various state and federal governmental agencies, asking the court to conduct legal research for him, asking the court to provide legal materials, asking the court to intervene in state court proceedings and to dismiss the charges against him and order him released, asking the court to issue cease and desist orders to various individuals and entities, and seeking an extension of time to cure the deficiencies in this action.

Mr. Braten is advised that it is not appropriate to file letters to the court and that the court will not consider any requests that are not presented to the court by motion, pleading, or other filing authorized by the Federal Rules of Civil Procedure or the local rules for the United States District Court for the District of Colorado. The court also notes that the various requests Mr. Braten makes in his letters to the court may not be considered because he has not actually filed a pleading and he has neither paid the filing fee or filed a properly supported motion seeking leave to proceed *in forma pauperis* as directed. As a result, all of the requests Mr. Braten makes in his letters to the court will not be considered and are denied. The court will, however, extend the time for Mr. Braten either to cure the deficiencies or to properly seek an extension of time to cure the deficiencies if an extension is necessary. Accordingly, it is

ORDERED that Mr. Braten stop filing any further letters to the court or any other paper that is not authorized by the Federal Rules of Civil Procedure or the local rules for the United States District Court for the District of Colorado. It is

FURTHER ORDERED that any requests Mr. Braten makes in a letter to the court will not be considered and is denied. It is

FURTHER ORDERED that Mr. Braten shall have up to and including January 31,

2011, to cure the deficiencies in this action as directed.

DATED January 5, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03010-BNB

Mark Braten
Prisoner No. 10-16634
Washington County Jail
215 South West Adams - MS33
Hillsboro, OR 97123-3874

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 5, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk