IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 30 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-03010-BNB

MARK OWEN BRATEN,

    Plaintiff,

v.

WASHINGTON CO. SHERIFF'S DEPT.,
GEORGE W. BUSH,
LAURA BUSH,
BARBRA BUSH,
GEORGE H.W. BUSH, and
SELECT SECURITY, INC.,

    Defendants.

## ORDER OF DISMISSAL

In an order filed on February 18, 2011, Plaintiff was denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action because he is subject to the filing restriction in § 1915(g). Plaintiff also was ordered to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. Plaintiff was warned that the action would be dismissed without further notice if he failed to pay the filing fee within thirty days.

On March 1, 2011, the copy of the order denying Plaintiff leave to proceed *in forma pauperis* and directing him to pay the filing fee was returned to the Court undelivered. However, on March 14, 2011, Plaintiff filed a letter to the Court that references his obligation to pay the $350.00 filing fee within thirty days after February 18, 2011.

Plaintiff has failed to pay the filing fee within the time allowed. Therefore, the action will be dismissed for failure to pay the filing fee. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to pay the filing fee as directed.

DATED at Denver, Colorado, this 30th day of March, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03010-BNB

Mark Owen Braten
2600 Center St NE
Salem, OR 97301

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on March 30, 2011.

                          GREGORY C. LANGHAM, CLERK

                By: _____
                           Deputy Clerk